531 A.2d 1107

**COMMONWEALTH of Pennsylvania**

**v.**

**John KOPYCINSKI, a/k/a John Cooper, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 22, 1987.

Decided Oct. 8, 1987.

Reargument Denied Nov. 30, 1987.

Lester G. Nauhaus, Public Defender, John H. Corbett, Jr., Chief-Appellate Div., Mitchell A. Kaufman, Shelley Stark, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Deputy Dist. Atty., Sean Kevin Code, Asst. Dist. Atty., Pittsburgh, for appellee.

Stuart Süss, Director of Appeals, District Attorney's Office, West Chester, for Pennsylvania District Attorneys' Assn., amicus curiae.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed *See Commonwealth v. Sojourner*, 513 Pa. 36, 518 A.2d 1145 (1986); *Commonwealth v. Goldhammer*, 512 Pa. 587, 517 A.2d 1280 (1986).

HUTCHINSON, J., did not participate in the consideration or decision of this case.